IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEATRICE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3284 |
| | ) | |
| v. | ) | |
| | ) | |
| AQUILA, PEOPLES NATURAL GAS | ) | ORDER |
| COMPANY, and UTILICORP UNITED, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by December 19, 2005, file their Report of Parties' Planning Conference.

DATED December 2, 2005.

/s/ *David L. Piester*
United States Magistrate Judge