```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CITY OF BEATRICE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3284 |
| | ) | |
| v. | ) | |
| | ) | |
| AQUILA INC., PEOPLES NATURAL | ) | ORDER |
| GAS COMPANY, a division of | ) | |
| Utilicorp, and UTILICORP | ) | |
| UNITED, INC., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Defendant Aquila's motion, filing 14, is granted and the deadline for filing the parties' Rule 26 report of planning conference is extended to 20 days following the court's ruling on the pending motions to remand and to dismiss.

DATED this 19th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge